Harlan I. Prater, IV, Esq. (*Pro Hac Vice* Pending)
hprater@lightfootlaw.com
Clinton T. Speegle, Esq. (*Pro Hac Vice* Pending)
cspeegle@lightfootlaw.com
Rachel M. Lary, Esq. (*Pro Hac Vice* Pending)
rlary@lightfootlaw.com
LIGHTFOOT, FRANKLIN & WHITE, LLC
400 20th Street North, The Clark Building
Birmingham, AL  35203
Telephone:  205-581-0700
Facsimile:  205-581-0799

Vince M. Verde CA Bar No. 202472
vince.verde@ogletree.com
Christopher J. Archibald CA Bar No. 253075
Christopher.Archibald@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
Park Tower, Fifteenth Floor
695 Town Center Drive
Costa Mesa, CA  92626
Telephone:   714.800.7900
Facsimile:    714.754.1298

Attorneys for Third-Party Movant,
Hyundai Motor Manufacturing Alabama, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY GLENN,<br><br>           Plaintiff,<br><br>      v.<br><br>HYUNDAI MOTOR AMERICA, et al.,<br><br>           Defendants. | Case No. 2:17-cv-07356-JFW-JPR<br><br>**THIRD-PARTY MOVANT HYUNDAI MOTOR MANUFACTURING ALABAMA, LLC'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FRCP 7.1** |

31581582_1.docx

**TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA AND TO PLAINTIFF AND HIS ATTORNEYS OF RECORD:**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable District Judges and Magistrate Judges to evaluate the possible disqualification or recusal, the undersigned counsel for Hyundai Motor Manufacturing Alabama, LLC ("HMMA"), in the above-captioned action, certifies that to the best of his present knowledge, information, and belief that Hyundai Motor America is the sole member of HMMA. Hyundai Motor America's parent company is Hyundai Motor Company, Ltd., a publicly traded stock on the Korean Stock Exchange.

HMMA reserves the right to amend or supplement this statement in any way at a later date.

DATED: October 12, 2017

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/ Christopher J. Archibald
Vince M. Verde
Christopher J. Archibald

Attorneys for Third-Party Movant, Hyundai Motor Manufacturing Alabama, LLC

31581582_1.docx

# PROOF OF SERVICE

I am and was at all times herein mentioned over the age of 18 years and not a party to the action in which this service is made. At all times herein mentioned I have been employed in the County of Orange in the office of a member of the bar of this court at whose direction the service was made. My business address is Park Tower, Fifteenth Floor, 695 Town Center Drive, Costa Mesa, CA 92626.

On October 12, 2017, I served the following document(s):

**THIRD-PARTY MOVANT HYUNDAI MOTOR MANUFACTURING ALABAMA, LLC'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FRCP 7.1**

by placing ☐ (the original) ☒ (a true copy thereof) in a sealed envelope addressed as stated on the attached service list.

☒ **BY MAIL:** I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Ogletree, Deakins, Nash, Smoak & Stewart, P.C.'s practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☒ **(Federal)** I declare that I am employed in the office of a member of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on October 12, 2017, at Costa Mesa, California.

_Lan_

Lan H. Ly

31581582_1.docx

# SERVICE LIST

Gregory F. Coleman, Esq.
GREG COLEMAN LAW, PC
800 S. Gay Street
Suite 1100
Knoxville, Tennessee 37929
greg@gregcolemanlaw.com

31581582.1